# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LLOYD FALGOUT

VERSUS

AMERICAN ALTERNATIVE
INSURANCE CORPORATION, BAYOU
CANE FIRE PROTECTION
DISTRICT, AND KENNETH HIMEL

NO.   2025 CW 0734

NOVEMBER 3, 2025

---

In Re:   American Alternative Insurance Corporation, The Bayou
Cane Fire Protection District, and Kenneth Himel,
applying for supervisory writs, 32nd Judicial District
Court, Parish of Terrebonne, No. 189008.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

WRIT DENIED.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT